1  WILLIAM G. PANZER (CSB# 128684)
   370 Grand Avenue, Suite 3
2  Oakland, California 94610
   Telephone:  (510) 834-1892
3
   Attorney for Defendant
4  JOHN PAUL McMILLAN

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. 3-12-71211 MAG
   CALIFORNIA,                  )  (Kansas # 12-20083)
12                              )
                  Plaintiff,    )  STIPULATION RE: POSTING
13                              )  OF PROPERTY FOR BAIL;
        v.                      )  ORDER [proposed]
14                              )
   JOHN PAUL McMILLAN,          )
15                              )
                  Defendant.    )
16 _____)

17

18

19     Plaintiff UNITED STATES OF AMERICA and defendant JOHN

20 PAUL McMILLAN, by and through their respective counsel of

21 record, hereby Stipulate and Agree that defendant may post the

22 property for bail by December 6, 2012, which is the next

23 scheduled court date in this matter.  The parties acknowledge

24 herein that defendant has provided the government with an

25 appraisal evidencing that the subject property has appraised for

26 $350,000.00.  This Stipulation is made for the purpose of

27 ///

28 ///

allowing defendant sufficient time to obtain the Title Report and complete the Deed and recording of such.

I agree to the above Stipulation.

Dated: November 26, 2012

                                          Frank Riebli
                                          Assistant U.S. Attorney

Dated: November 26, 2012

                                          WILLIAM G. PANZER
                                          Attorney for Defendant
                                          John Paul McMillan

Upon Consideration and GOOD CAUSE appearing therefore, it is hereby ORDERED that Defenant JOHN PAUL McMILLAN shall post bail by December 6, 2012.

Dated: November 29, 2012

                                          LAUREL BEELER
                                          UNITED STATES MAGISTRATE